# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| MARK W. BRANDSTED and<br>PAMELA S. BRANDSTED, | |
| *Plaintiffs,* | |
| | Case No. 06-540 T |
| v. | |
| | Senior Judge Smith |
| THE UNITED STATES, | |
| | Filed September 29, 2006 |
| *Defendant.* | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to the Joint Motion for Suspension of Proceedings, the Court hereby STAYS the above-captioned matter until final decisions are entered in *Robert J. Isler and Susan L. Isler v. United States*, Fed. Cl. No. 01-344T, *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358T and *Ronald C. Prati and Mary G. Prati v. United States*, Fed. Cl. No. 02-607T, *Kenneth C. Keener v. United States*, Fed. Cl. No. 03-2028T, and *William P. Smith and Anne D. Smith v. United States*, Fed. Cl. No. 04-907T.

It is so ORDERED.

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE