IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-540 T

(Senior Judge Loren A. Smith)

---

MARK W. BRANDSTED and PAMELA S. BRANDSTED,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

JOINT STATUS REPORT

---

By order [Doc. #6] dated September 29, 2006, the Court stayed the above captioned case until final decisions are entered in *Robert J. Isler and Susan L. Isler v. United States*, Fed. Cl. No. 01-344 T, *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T, *Ronald C. Prati and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T, *Kenneth C. Keener v. United States*, Fed. Cl. No. 03-2028 T, and *William P. Smith, Jr. and Anne D. Smith v. United States*, Fed. Cl. No. 04-907 T.

Relevant to the Court's Order [Doc. #6], the parties, through their attorneys, provide the following update on *Keener* and *Smith*. On April 18, 2007, Judge Allegra issued an opinion in *Keener* and *Smith*, granting defendant's partial motion to dismiss for lack of jurisdiction taxpayers' period of limitations and tax motivated interest claims. A copy of the decision is attached. Under the decision, the Court lacks subject matter jurisdiction over plaintiffs' claims, which are period of limitations claims (there are no separate tax motivated interest claims in this

case). Plaintiffs' attorneys intend to move for reconsideration before this Court and appeal the decision to the Federal Circuit. Accordingly, the parties propose the Court wait until final appellate action, before dismissing plaintiffs' complaint.

Plaintiffs' attorney has authorized defendant's attorney to sign this joint status report on his behalf.

Respectfully submitted,

5/9/2007 s/Thomas E. Redding by s/Bart D. Jeffress
Date THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

5/9/2007 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

5/9/2007 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant